IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-00300-FDW-DSC

| | |
|---|---|
| HAROLD B. WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SOUTH CAROLINA BANK AND TRUST ) | |
| OF THE PIEDMONT, N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Summary Judgment (Doc. No. 27). At the conclusion of the summary judgment hearing held on Thursday, December 6, 2012, the Court issued an Oral Order DENYING the Motion for Summary Judgment. For the reasons set forth in that Oral Order, this case is hereby TRANSFERRED and REFERRED to the United States Bankruptcy Court for the Middle District of North Carolina. Furthermore, the Case Management Order in this case is STAYED pending either resolution of this matter in the Middle District or its transfer back to this Court.

IT IS SO ORDERED.

Signed: December 6, 2012

Frank D. Whitney
United States District Judge