# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-CV-00300-FDW-DSC

| | |
|---|---|
| HAROLD B. WOOD, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| SOUTH CAROLINA BANK AND TRUST OF THE PIEDMONT, N.A., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. Previously, the Court ordered that this case be transferred and referred to the United States Bankruptcy Court for the Middle District of North Carolina. (Doc. No. 34). Furthermore, the Court ordered that the Case Management Order in this case be stayed pending either resolution of this matter in the Middle District or its transfer back to this Court.

In the interim, the Court closes this case <u>administratively</u> so that the Clerk's Office does not need to maintain the case on active status. Nonetheless, for all legal purposes, this case remains open pending action by the Middle District or its transfer back to this Court.

IT IS SO ORDERED.

Signed: December 7, 2012

Frank D. Whitney
United States District Judge